# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 18, 2011

142184

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

BRADLEY MICHAEL SPAGNOTTI,
    Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142184
COA: 300545
Houghton CC: 2009-002375-FH

On order of the Court, the application for leave to appeal the November 15, 2010 order of the Court of Appeals is considered. We DIRECT the Houghton County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 18, 2011

d0511

_____
Clerk